UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00213-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOSE DANIEL NORIEGA ) | |
| a/k/a "Juan Miguel Rodrigues" and ) | |
| "Julio Orosco" ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss the original Indictment relative to the above captioned defendant.

After due consideration, for good cause shown, and for the reasons stated in the motion, the Court hereby GRANTS the government's motion and ORDERS the original Indictment DISMISSED.

So ORDERED, this 4 day of October, 2013.

_____
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE